AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Rhode Island

DIRECTV, Inc.

V.

Roger M. Boddie

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-12285 RCL

TO: (Name and address of Defendant)

Roger M. Boddie
165 Loganberry Drive
Abington, MA 02351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

February 4, 2004

I hereby certify and return that on 2/3/2004 at 10:00 am I served a true and attested copy of the summons, complaint, civil cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Roger M. Boddie, , 165 Loganberry Drive Abington, MA 02351 and by mailing 1st class to the above address on 2/4/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($12.80), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $47.30

Deputy Sheriff Edward J. Wiedemann

*E J Wied*
Deputy Sheriff

☐ Returned unexecuted.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.