```
         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

**DIRECTV, INC.**

V.                                    **CIVIL ACTION NO. 03-12285-RCL**

**ROGER BODDIE**

## NOTICE OF DEFAULT

For failure of the defendant, **Roger Boddie** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 18th day of March, 2004.

                                    TONY ANASTAS, CLERK

                                    By: /s/ Lisa M. Hourihan
March 18, 2004                              Deputy Clerk