UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.**     Plaintiff, <br><br> vs. <br><br> **Roger M. Boddie**     Defendant | ) Case No.: **03cv12285-RCL** <br> ) <br> ) <br> ) **NOTICE OF VOLUNTARY DISMISSAL** <br> ) **WITHOUT PREJUDICE** <br> ) <br> ) <br> ) <br> ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

_/s/ John M. McLaughlin_
John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

4/16/04
Date

Page   1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___5___ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Todd J. Bennett
404 Main Street
Suite One
Wilmington, MA  01887

_____
John M. McLaughlin, Esq.

# MCLAUGHLIN SACKS, LLC
## ATTORNEYS AT LAW
31 TRUMBULL ROAD
NORTHAMPTON, MA 01060

JOHN M. MCLAUGHLIN
ADMITTED IN MA AND CT

HARLEY M. SACKS
ADMITTED IN MA AND NY

April 16, 2004

Clerk of U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

RE: DIRECTV, Inc. vs. Roger M. Boddie; Docket No.: 03Cv12285-RCL

Dear Clerk:

Enclosed please find a Notice of Voluntary Dismissal Without Prejudice in the above-referenced case. Also enclosed is the original summons with the sheriff's proof of service. Thank you for your courtesies in this matter.

If you have any questions, please do not hesitate to contact this office.

Very truly yours,

MCLAUGHLIN SACKS, LLC

Rhonda Wainwright
Legal Assistant

RJW/rjw

Enclosure

Telephone (413) 586-0865                                                                                     Facsimile (413) 584-0453